No. 03–6841.  ENIGWE *v.* UNITED STATES, 540 U. S. 1024.  Motion for leave to file petition for rehearing denied.

## MARCH 30, 2005

No. 04A844.  SCHIAVO EX REL. SCHINDLER ET UX. *v.* SCHIAVO ET AL.  C. A. 11th Cir.  Application for stay of enforcement of judgment pending the filing and disposition of a petition for writ of certiorari, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

## APRIL 4, 2005

No. 03–6245.  THOMPSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Reported below: 320 F. 3d 1228; and

No. 03–7339.  AKINS *v.* KENNEY, WARDEN.  C. A. 8th Cir.  Reported below: 341 F. 3d 681.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Rhines* v. *Weber, ante,* p. 269.

No. 04–1.  BLAISDELL *v.* CITY OF ROCHESTER, NEW HAMPSHIRE.  C. A. 1st Cir.; and

No. 04–745.  HOLLOWAY *v.* ARKANSAS STATE BOARD OF ARCHITECTS ET AL.  C. A. 8th Cir.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Exxon Mobil Corp.* v. *Saudi Basic Industries Corp., ante,* p. 280.

No. 04–955.  KAPL, INC., ET AL. *v.* MEACHAM ET AL.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Smith* v. *City of Jackson, ante,* p. 228.